# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

M. SYLVIA BAIR, EXECUTRIX OF THE
ESTATE OF MARTHA A. EDWARDS,
DECEASED,

        Respondent

      v.

MANOR CARE OF ELIZABETHTOWN,
PA, LLC D/B/A MANORCARE HEALTH
SERVICES-ELIZABETHTOWN,
MANORCARE HEALTH SERVICES,
INC., MANOR CARE, INC., HCR
MANORCARE, INC., HCR
HEALTHCARE, LLC, HCR II
HEALTHCARE, LLC, HCR III
HEALTHCARE, LLC, HCR IV
HEALTHCARE, LLC,

        Petitioners

: No. 118 MAL 2015
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.